IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN OTTELE and WILLIAM COLLIER, JR., on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent, ,**<br><br>Plaintiff,<br><br>**v.**<br><br>**OSCAR MARTINEZ and AARON HODGES and DOES 1-10, inclusive,**<br><br>Defendants. | Case No. 1:22-cv-00187 JLT BAK (SKO)<br><br>**ORDER**<br><br>**(Doc. 7)** |

The Court, having considered the parties' stipulation setting the time for Defendants O. Martinez and A. Hodges (collectively, "Defendants") to file their responsive pleading (Doc. 7), and good cause appearing, Defendants have until April 12, 2022, to file their responsive pleading.

IT IS SO ORDERED.

Dated:   __**March 24, 2022**__               _____ /s/ *Sheila K. Oberto* _____

UNITED STATES MAGISTRATE JUDGE

1