IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE and WILLIAM COLLIER, JR., on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent,<br><br>Plaintiffs,<br><br>v.<br><br>OSCAR MARTINEZ, AARON HODGES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00187 JLT BAK (SKO)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 9) |

Having considered the parties' stipulation extending the time for Defendants O. Martinez and A. Hodges (collectively, "Defendants") to file their responsive pleading (Doc. 9), and good cause appearing, the Court hereby ORDERS that Defendants shall have until April 29, 2022, to file their responsive pleading.

IT IS SO ORDERED.

Dated:  **April 11, 2022**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE