**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Christopher A. Lisieski #321862

Attorneys for: PLAINTIFFS SUSAN OTTELE and WILLIAM COLLIER, JR. on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE and WILLIAM COLLIER, JR., on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent,<br><br>Plaintiffs,<br><br>v.<br><br>OSCAR MARTINEZ, AARON HODGES, and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00187 JLT BAK (SKO)<br><br>**STIPULATION AND ORDER TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 11) |

The initial complaint in this action was filed on February 14, 2022.  (Doc. No. 1.)  Defendants were served with the summons and complaint, and the parties have stipulated to extend Defendants' time to file a responsive pleading, which is currently set for April 29, 2022.  (Doc. Nos. 8, 10.)  The parties have met and conferred concerning certain topics in an effort to resolve issues informally without motion practice, per the Standing Order in this case (Doc. No. 4-2), and believe that the parties can resolve certain issues without motion practice.  Therefore, the Parties jointly agree pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure that Plaintiffs should be permitted to file a First Amended Complaint on or before May 25, 2022.

Further, the parties jointly request that the scheduling conference be set out by sixty (60) days, from May 26, 2022 to July 25, 2022, to allow time to file an amended complaint and for Defendants' to file a responsive pleading.

IT IS SO STIPULATED.

Dated:  April 22, 2022.                                        WANGER JONES HELSLEY PC


By:   /s/ Christopher A. Lisieski_____
       Christopher A. Lisieski
       Attorney for Plaintiffs


Dated:  April 22, 2022.                                        ATTORNEY GENERAL OF CALIFORNIA


By:   /s/ James Mathison (with permission on 4/22/2022)
       James Mathison
       Deputy Attorney General
       Attorney for Defendants A. Hodges and O. Martinez

**ORDER**

Based on the parties' foregoing stipulation (Doc. 11), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs shall file their First Amended Complaint on or before May 25, 2022. The Scheduling Conference, currently set for May 26, 2022, is CONTINUED to July 28, 2022, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report and scheduling conference worksheet by no later than seven days before the conference.

IT IS SO ORDERED.

Dated:   **April 25, 2022**                                  /s/ *Sheila K. Oberto*
                                                                             UNITED STATES MAGISTRATE JUDGE