**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330

Christopher A. Lisieski #321862

Attorneys for:   PLAINTIFFS SUSAN OTTELE and WILLIAM COLLIER, JR. on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE and WILLIAM COLLIER, JR., on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OSCAR MARTINEZ and AARON HODGES, and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00187-JLT-BAK (SKO)<br><br>**CERTIFICATE OF SERVICE** |

{8727/002/01415225.DOCX}
**CERTIFICATE OF SERVICE**

# **PROOF OF SERVICE**

My business address is 265 East River Park Circle, Suite 310, Post Office Box 28340, Fresno, California 93729.  I am employed in Fresno County, California.  I am over the age of 18 years and am not a party to this case.

On May 25, 2022, I served the foregoing document(s) described as **FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE EIGHTH AMENDMENT PURSUANT TO 42 U.S.C. § 1983, CALIFORNIA CIVIL CODE § 52.1, AND WRONGFUL DEATH** on all interested parties in this action as follows:

| Rob Bonta, Attorney General of California<br>R. Lawrence Bragg, Supervising Deputy Attorney General<br>James Mathison, Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Ph: (916) 210-6274<br>Fax: (916) 324-5205<br>E-mail: James.Mathison@doj.ca.gov | **Attorneys for Defendants O. Martinez and A. Hodges** |
|---|---|

__X__  (ELECTRONIC MAIL)  I caused such document to be scanned into PDF format and sent via electronic mail to the electronic mail address(es) of the addressee(s) designated.

____  (BY MAIL)  I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

__X__  (BY CM/ECF)  Upon the filing of the foregoing document with the Clerk of the Court using the CM/ECF system, a notification of such filing (NEF) will be transmitted to the following:

__X__  (FEDERAL)  I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.  Executed on May 25, 2022, at Fresno, California.

　　　　　　　　　　　　　　　　　　/s/ Kimberley Dodd
　　　　　　　　　　　　　　　　　　Kimberley Dodd

{8727/002/01223103.DOCX}