IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE and WILLIAM COLLIER, JR., on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent,<br><br>Plaintiffs,<br><br>v.<br><br>OSCAR MARTINEZ, AARON HODGES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00187 JLT BAK (SKO)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 14) |

Having considered the parties' stipulation extending the time for Defendants O. Martinez and A. Hodges (collectively, "Defendants") to file their responsive pleading (Doc. 14), and good cause appearing,

The Court hereby ORDERS that Defendants shall have until June 22, 2022, to file their responsive pleading.

IT IS SO ORDERED.

Dated:  __June 7, 2022__                    ____/s/ *Sheila K. Oberto*____
                              UNITED STATES MAGISTRATE JUDGE

1