1

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
2  Fresno, California  93720
Telephone:     (559) 233-4800
3  Facsimile:     (559) 233-9330

4  Christopher A. Lisieski #321862

5
Attorneys for:   PLAINTIFFS SUSAN OTTELE and WILLIAM COLLIER, JR. on their own behalf
6  and on the behalf of the Estate of Adam J. Collier, decedent

7

8                         **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10  | SUSAN OTTELE and WILLIAM COLLIER, | Case No. 1:22-cv-00187 JLT BAK (SKO) |

JR., on their own behalf and on the behalf of the
11  Estate of Adam J. Collier, decedent,                      **STIPULATION AND ORDER TO**
                                                             **CONTINUE SCHEDULING**
12                                                           **CONFERENCE**
                          Plaintiffs,
13                                                           (Doc. 17)

14            v.

15  OSCAR MARTINEZ, AARON HODGES, and
DOES 1–10, inclusive,
16
                          Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

{8727/002/01430708.DOCX}

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE

1    WHEREAS, the initial complaint in this action was filed on February 14, 2022.  (Doc. No. 1.)

2    WHEREAS, a First Amended Complaint ("FAC") was filed on May 25, 2022.  (Doc. No. 13.)

3    WHEREAS, the Parties previously stipulated to extend Defendants' time to file a responsive

4    pleading on June 6, 2022.  (Doc. No. 14.)

5    WHEREAS, the Court granted this stipulated request on June 8, 2022.  (Doc. No. 15.)

6    WHEREAS, on June 21, 2022, Defendants filed an answer to the FAC.  (Doc. No. 16.)

7    WHEREAS, the parties previously stipulated to continue the scheduling conference to July 25,

8    2022.  (Doc. No. 11.)

9    WHEREAS, the Court continued the scheduling conference to July 28, 2022.  (Doc. No. 12.)

10   WHEREAS, counsel for Plaintiffs has a scheduling conflict on July 28, 2022.

11   THEREFORE, the Parties jointly request the scheduling conference set for July 28, 2022 be

12   continued by seven (7) days, to August 4, 2022, or as soon thereafter as the Court's availability allows.

13   IT IS SO STIPULATED.

14

15

16   Dated:  June 28, 2022.                    WANGER JONES HELSLEY PC

17

18                                             By:   /s/ Christopher A. Lisieski
19                                                 Christopher A. Lisieski
                                                  Attorney for Plaintiffs
20

21   Dated:  June 28, 2022.                    ATTORNEY GENERAL OF CALIFORNIA

22

23                                             By:   /s/ James Mathison (with permission on 6/28/2022)
24                                                 James Mathison
                                                  Deputy Attorney General
25                                                 Attorney for Defendants A. Hodges and O. Martinez

26

27

28

1

## <u>ORDER</u>

2        Based on the parties' above stipulation (Doc. 17), and for good cause shown,

3        IT IS HEREBY ORDERED that the Scheduling Conference, currently set for July 28, 2022, is

4    CONTINUED to August 4, 2022, at 9:45 a.m.  The parties shall file their joint scheduling report and

5    scheduling conference worksheet by no later than seven days before the conference.

6

7    IT IS SO ORDERED.

8    Dated:   **June 29, 2022**                        _/s/ Sheila K. Oberto_

9                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28