UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE, ET AL., | Case No. 1:22-cv-00187-JLT-CDB |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE THE MID-DISCOVERY CONFERENCE AS MODIFIED** |
| v. | |
| OSCAR MARTINEZ, ET AL., | (ECF No. 24) |
| Defendants. | |

Based on the parties' representations in the stipulation (ECF No. 24) and the availability of the Court, and good cause appearing, the Court ORDERS that the mid-discovery status conference set for December 7, 2022, be continued to December 21, 2022, at 9:00 a.m. Consistent with the Scheduling Order (ECF No. 20), the parties are reminded of their obligation to meet and confer and file a joint report at least one week prior to the conference, with the modification that the report shall also be emailed to CDBorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **November 29, 2022**

UNITED STATES MAGISTRATE JUDGE