UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE and WILLIAM COLLIER JR., on their own behalf and on behalf of the Estate of Adam J. Collier, decedent,<br><br>Plaintiffs,<br><br>v.<br><br>OSCAR MARTINEZ and AARON HODGES,<br><br>Defendants. | Case No. 1:22-cv-00187-JLT-CDB<br><br>**ORDER ON STIPULATION EXTENDING TIME TO SUBSTITUTE THE ESTATE OF DEFENDANT AARON HODGES**<br><br>(Doc. 41) |

On March 2, 2023, Defendants filed a notice of death which notified all parties that Defendant Aaron Hodges died on January 25, 2023. (Doc. 33). Pending before the Court is the parties' joint request, filed May 22, 2023 (Doc. 41), seeking to extend the deadline to substitute the proper party for Defendant Aaron Hodges under Fed. R. Civ. P. 25(a)(1) from May 30, 2023, to September 30, 2023. Based on the parties' representations and for good cause appearing, the Court ORDERS that any motion to substitute shall be filed no later than September 30, 2023.

IT IS SO ORDERED.

Dated:   **May 23, 2023**                              _____
UNITED STATES MAGISTRATE JUDGE