UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE and WILLIAM COLLIER, JR., on their own behalf and on the behalf of Adam J. Collier, decedent,<br><br>Plaintiffs,<br><br>v.<br><br>OSCAR MARTINEZ and AARON HODGES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00187-JLT-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER<br><br>(Doc. 43) |

Pending before the Court is the parties' stipulation for an order extending the expert discovery, motion, and trial schedule by approximately 60 days, filed June 9, 2023. (Doc. 43). This is the parties' second stipulated request to extend case management dates. Although the stipulation is timely under Local Rule 144(d), it fails to comport with the Scheduling Order's direction that any stipulated request for discovery extensions be accompanied by affidavits or other attached exhibits which establish good cause for the relief requested. (Doc. 20, p. 6). The parties represent in their stipulation that they have made timely expert disclosures. (Doc. 43, p. 1) but that Plaintiff's experts encountered a delay in completing reports that resulted in delaying supplemental disclosures pursuant to Rule 26(a)(2)(B). The parties agree that the 60-day stipulated request will sufficiently mitigate any prejudice to Defendants from the belated

disclosure of expert reports and permit them to adequately prepare a response to the disclosure. *Id*.

Accordingly, based on the parties' representations and for good cause shown, IT IS HEREBY ORDERED that the following case management dates and deadlines are amended:

1. Plaintiff's expert reports to be served on Defendants by no later than **July 31, 2023**;
2. Defendants' Rebuttal Experts disclosures from June 21, 2023 to **August 28, 2023**;
3. Expert Discovery cutoff from July 20, 2023 to **September 27, 2023**;
4. Non-Dispositive Motion Filing from July 28, 2023 to **September 28, 2023**;
5. Non-Dispositive Motion Hearing from August 31, 2023 to **October 31, 2023**;
6. Dispositive Motion Filing from September 18, 2023 to **November 20, 2023**;
7. Dispositive Motion Hearing from October 30, 2023 to **December 29, 2023**;
8. Pre-Trial Conference from January 8, 2024 to **March 11, 2024** at 1:30 p.m.; and
9. Trial from March 5, 2024, to **May 7, 2024** at 8:30 a.m.

No further extensions to case management dates will be granted without an accompanying declaration and/or affidavit that sets forth good cause for the relief requested and demonstrates reasonable diligence by the requesting party(ies).

IT IS SO ORDERED.

Dated: **June 14, 2023**

UNITED STATES MAGISTRATE JUDGE