Rob Bonta, State Bar No. 202668
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
Sarah M. Brattin, State Bar No. 302043
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7321
 Fax: (916) 324-5205
 E-mail: Sarah.Brattin@doj.ca.gov
*Attorneys for Defendants*
*A. Hodges and O. Martinez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN OTTELE, on their own behalf and on the behalf of the Estate of Adam J. Collier, decedent,**<br><br>Plaintiff,<br><br>v.<br><br>**OSCAR MARTINEZ and AARON HODGES and DOES 1-10, inclusive,**<br><br>Defendants. | 1:22-cv-00187-JLT-CDB<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: The Honorable Jennifer L. Thurston<br>Trial Date: Not Set<br>Action Filed: February 14, 2022 |

The Court has reviewed Defendants' Request to Seal the Proof of Service for the Renewed Notice of Suggestion of Death and the proof of service on Mr. Jones. Defendants have served the proof of service on Plaintiff's counsel. Good cause appearing, the proof of service will be filed under seal.

IT IS SO ORDERED.

Dated: **October 3, 2024**

                                                   */s/ Jennifer L. Thurston*
                                                   UNITED STATES DISTRICT JUDGE

1