UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE, *et al.*, | Case No. 1:22-cv-00187-JLT-CDB |
| Plaintiffs, | ORDER GRANTING RENEWED REQUEST TO SEAL DOCUMENTS |
| v. | (Doc. 111) |
| OSCAR MARTINEZ, *et al.*, | 5-Day Deadline |
| Defendants. | |

Pending before the Court is Defendants' renewed notice and request to seal documents. (Doc. 111), filed and emailed to the undersigned's chambers on January 27, 2025. Defendants represent that the document to be sealed (a proof of service) contains the address of the party served (the individual who holds the power of attorney for Defendant Hodges' successor-in-interest) and upon whom the opposition was personally served. Defendants seek to file the proof of service under seal to shield the address of Mr. Jones. They allege that, if revealed, the address could be "used for harassment or other improper purposes or provided to incarcerated individuals." Defendants provide that they will serve a copy of the proof of service on Plaintiff's counsel. (Doc. 111-1 at 1, 3).

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's notice and request, sealing the documents serves a compelling interest. The Court

further finds that, in the absence of closure, the compelling interests identified by Defendants would be harmed.  In light of the fact that a redacted version of the proof of service has been filed (Doc. 111-2), the Court further finds that there are no additional alternatives to sealing the documents that would adequately protect the compelling interests identified by Defendants.

Accordingly, pursuant to Local Rule 141 and based upon the representations contained in Defendant's notice and request, IT IS HEREBY ORDERED that Defendants' proof of service on Mr. Jones of Defendants' opposition (Doc. 106) to Plaintiff's motion for substitution (Doc. 105) shall be SEALED until further order of this Court.

It is FURTHER ORDERED within five (5) days of issuance of this Order, Defendant shall submit a copy of this Order, the request for sealing, and the documents to be sealed (Defendants' proof of service on Mr. Jones of their opposition (Doc. 106) to Plaintiff's motion for substitution) by email to the Operations Section of the Clerk of the Court:

ApprovedSealed@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **January 28, 2025**

UNITED STATES MAGISTRATE JUDGE