<table>
<tr><td>
1<br>
2<br>
3<br>
4<br>
5<br>
6<br>
7<br>
8
</td>
<td>
ROB BONTA, State Bar No. 202668<br>
Attorney General of California<br>
JANET N. CHEN, State Bar No. 283233<br>
Supervising Deputy Attorney General<br>
JENNIFER BURNS, State Bar No. 312364<br>
Deputy Attorney General<br>
  1300 I Street, Suite 125<br>
  P.O. Box 944255<br>
  Sacramento, CA 94244-2550<br>
  Telephone: (916) 210-6393<br>
  Fax: (916) 324-5205<br>
  E-mail: Jennifer.Burns@doj.ca.gov<br>
*Attorneys for Defendants*<br>
*A. Hodges and O. Martinez*
</td>
<td>
**WANGER JONES HELSLEY PC**<br>
265 East River Park Circle, Suite 310<br>
Fresno, California 93720<br>
Telephone: (559) 233-4800<br>
Facsimile: (559) 233-9330<br>
<br>
Jay A. Christofferson # 203878<br>
  jchristofferson@wjhattorneys.com<br>
Steven K. Vote # 309152<br>
  svote@wjhattorneys.com<br>
Nathan J. Martin # 339673<br>
  nmartin@wjhattorneys.com<br>
<br>
Attorneys for: Plaintiff SUSAN OTTELE, on her<br>
own behalf and on behalf of the Estate of Adam<br>
J. Collier, decedent
</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SUSAN OTTELE, on the behalf of the Estate of Adam J. Collier, decedent,**<br><br>Plaintiff,<br><br>v.<br><br>**O. MARTINEZ and A. HODGES and DOES 1-10, inclusive,**<br><br>Defendants. | 1:22-cv-00187-JLT-CDB<br><br>**STIPULATED MOTION TO VACATE PRETRIAL CONFERENCE AND RELATED DEADLINES PENDING RULING ON MOTION FOR SUBSTITUTION; AND**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Judge: The Hon. Jennifer L. Thurston<br>Trial Date: Not Set<br>Action Filed: February 14, 2022 |

Plaintiff Susan Ottele, on her behalf and on behalf of the Estate of Adam J. Collier,

decedent, and Defendants O. Martinez[1] and A. Hodges (the parties), by and through their

attorneys, stipulate and jointly move this Court for an order vacating the Pretrial Conference

currently set for February 18, 2025, at 1:30 p.m. before District Judge Jennifer L. Thurston, and

all Pretrial Conference related deadlines to be reset after the Court rules on Plaintiff's pending

motion for substitution. (*See* ECF Nos. 105, 110, 114.)

---

[1] The Court granted summary judgment in favor of Defendant O. Martinez. (ECF No. 82.) However, Martinez has not yet been terminated from the docket by the Clerk of Court. (*See* Docket.)

1

1    On December 19, 2024, this Court set a Pretrial Conference for February 18, 2024.  (ECF

2    No. 104.)  On December 30, 2024, Plaintiff filed a motion for substitution of a party, listing a

3    hearing date of February 6, 2025.  (ECF No. 105.)  On January 30, 2025, Magistrate Judge

4    Christopher D. Baker directed Plaintiff to file and serve a new notice of motion setting forth a

5    new hearing date at least 35 days following the filing of the notice, which will necessarily be set

6    for a date after the February 18, 2025, Pretrial Conference.  (ECF No. 114.)

7    The parties agree that a Pretrial Conference is premature and would not be beneficial until

8    the Court rules on Plaintiff's motion for substitution.  Accordingly, the parties jointly request that

9    the Pretrial Conference and all related deadlines be vacated and reset following a ruling on

10   Plaintiff's motion for substitution, if appropriate.

11   Dated:  January 31, 2025                    WANGER JONES HELSLEY PC

12

13                                                           /s/ **Jay A. Christofferson**
                                                             Jay A. Christofferson
14                                                           Steven K. Vote
                                                             Nathan J. Martin
15                                                           Attorneys for Plaintiff SUSAN OTTELE, on
                                                             her own behalf and on behalf of the Estate of
16                                                           Adam J. Collier, decedent

17

18

19   Dated:  January 31, 2025                    Respectfully submitted,

20                                                           ROB BONTA
                                                             Attorney General of California
21                                                           JANET N. CHEN
                                                             Supervising Deputy Attorney General
22

23

24                                                           JENNIFER BURNS
                                                             Deputy Attorney General
25                                                           *Attorneys for Defendants*
                                                             *A. Hodges and O. Martinez*
26

27

28

2

**[~~PROPOSED~~] ORDER**

Good cause appearing, the stipulation is entered.  The Pretrial Conference scheduled for February 18, 2025, and all related deadlines, are **VACATED**.  The Court will reset the Pretrial Conference after a ruling on Plaintiff's motion for substitution, if appropriate.

IT IS SO ORDERED.

Dated:   **January 31, 2025**

UNITED STATES DISTRICT JUDGE