UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OTTELE, | Case No. 1:22-cv-00187-JLT-CDB |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS |
| v. | (Docs. 128, 131) |
| OSCAR MARTINEZ, *et al.*, | ORDER SETTING STATUS CONFERENCE ON APRIL 21, 2026, AT 10:30 A.M. |
| Defendants. | |

On February 18, 2026, the assigned district judge granted Plaintiff's motion to substitute and substituted Marion Austin as administrator of the Estate of Aaron Hodges, dismissing deceased individual defendant Aaron Hodges. (Doc. 128). Thereafter, the undersigned directed the parties to file a joint report identifying dates of mutual availability for pretrial conference and trial. (Doc. 129). Plaintiff filed a report noting that counsel for former defendant Aaron Hodges indicated in communications that they do not represent the Estate of Aaron Hodges. (Doc. 131).

Thus, as Marion Austin is a newly added party and has not yet been served with summons and complaint, the Court will direct the Clerk of the Court to issue summons for Marion Austin as administrator of the Estate of Aaron Hodges. *See* Fed. R. Civ. P. 4. In light of the substitution and Plaintiff's representation that counsel for dismissed defendant Aaron Hodges will not be representing substituted Defendant Marion Austin, the Court will direct Plaintiff to timely effect

service of summons and complaint and to promptly file thereafter summons returned executed. The Court also will set a status conference to address with the parties further scheduling and litigation of the action.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of Court is DIRECTED to issue summons as to Defendant Marion Austin, as administrator of the Estate of Aaron Hodges.

2. Plaintiff shall effect service of process of summons and complaint upon Defendant Marion Austin pursuant to Rule 4 of the Federal Rules of Civil Procedure.

3. The parties are ORDERED to appear at a status conference before the undersigned on **April 21, 2026, at 10:30 AM** in Bakersfield (CDB). Parties may appear in person or, at least 48 hours in advance of the conference, a party wishing to appear by videoconference SHALL REQUEST and obtain from the undersigned's courtroom deputy, Cori Boren (cboren@caed.uscourts.gov), Zoom connection information to facilitate the parties' appearance.

4. Plaintiff SHALL SERVE a copy of this order UPON Defendant with the summons and complaint.

IT IS SO ORDERED.

Dated:    **March 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2